**O'BRIEN, BELLAND & BUSHINSKY, LLC**
1526 Berlin Road
Cherry Hill, New Jersey 08003
856-795-2181
*Attorneys for Plaintiff(s)*
By:   Robert F. O'Brien, Esquire
        Kevin D. Jarvis, Esquire

| | |
|---|---|
| **BRICKLAYERS AND ALLIED CRAFTWORKERS LOCAL 5 OF NEW JERSEY PENSION & ANNUITY FUNDS**, and **RICHARD E. TOLSON** as Trustee and Fiduciary of the Bricklayers and Allied Craftworkers Local 5 of New Jersey Pension & Annuity Funds,<br>*Plaintiff(s)*,<br>v.<br>**RAMCO SOLUTIONS, INC.**<br>*Defendant* | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY<br><br>Civil Action No.: 12-0028(RBK-KMW)<br><br><br>**DEFAULT JUDGMENT** |

This matter having come before the Court on Plaintiffs' request for Default judgment, it is on this ____7____ day of ____June____ 2012,

**ORDERED and ADJUDGED** that the plaintiffs recover of Defendant Ramco Solutions, Inc. the sum of **$16,767.02,** which is inclusive of interest, liquidated damages, and attorney's fees, as provided by law; and

**IT IS FURTHER ORDERED and ADJUDGED** that this Court will retain active jurisdiction over the enforcement and continued litigation of this matter.

_____
Robert B. Kugler            U.S.D.J.